# EXHIBIT 2

| | | |
|---|---|---|
| COLDSTREAM-HOMESTEAD MONTEBELLO COMMUNITY CORP., et al. | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiffs | | |
| | * | FOR |
| v. | | |
| SCOTT WIZIG, et al. | * | BALTIMORE CITY |
| Defendants | * | CASE NO.: 24-C-13-002570 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment (37) without any opposition thereto, it is this 31st day of July, 2014, by the Circuit Court for Baltimore City, after review of the First Amended Complaint (33/1, 40), the Exhibits (37), and the requirements of Real Property Section 14-123, the Court **FINDS**, pursuant to Rule 15-502 and Rule 2-501 that Plaintiffs have shown there is no genuine dispute as to any material fact necessary to resolve the Plaintiffs' claim of Nuisance and Defendants' violations of the Baltimore City Code, as a matter of law, and Plaintiffs are entitled to judgment so as to require each Defendant's remediation of unsafe and uninhabitable conditions of the 49 vacant properties identified in this Order. The unsafe and uninhabitable conditions of each property constitute the nuisance as defined by the statute (§ 14-123(a)(4)). The Defendants' Baltimore City Building Code violations have, as to each of the 49 properties listed, remained unabated despite ongoing violations and nuisance(s) present as a matter of law. Accordingly, it is

**ORDERED**, that Plaintiffs' Motion for Summary Judgment as to Count Two of the Complaint (37) against the Defendants is hereby **GRANTED**, after showing the Notice requirements have been satisfied and the nuisances NOT abated;

ORDERED, that Baltimore Return Fund, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City properties: 924 Bonaparte Ave.; 1906 Boone St.; 2228 Booth St.; 2455 Brentwood Ave.; 1927 Cecil Ave.; 1570 Carswell St.; 1574 Carswell St.; 1611 Carswell St.; 2464 Greenmount Ave.; 2709 Hugo Ave.; 2214 Kirk Ave.; 1924 Sherwood Ave. within 90 days of the entry of this Order;

ORDERED, that Chesapeake Row Homes, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City properties: 514 N. Brice St.; 513 N. Brice St.; 29 S. Franklintown Rd.; 1 Willard St.; 38 N. Wheeler Ave. within 90 days of the entry date of this order;

ORDERED, that Compound Yield Play, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City properties: 1838 Dover St.; 2501 Emerson St.; 1909 W. Fairmount Ave.; 1941 W. Fayette St.; 33 S. Franklintown Rd.; 42 S. Franklintown Rd.; 2631 Frederick Ave.; 347 Furrow St.; 205 Harmison St.; 1313 Kuper St.; 2901 Mosher St.; 2020 Rayner Ave.; 421 S. Smallwood St. within 90 days of the entry date of this Order;

ORDERED, that Harbor Pier Homes, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City properties: 2213 Aiken St.; 2536 Lauretta Ave.; 1613 N. Payson St.; 1817 N. Payson St.; 1825 N. Payson St.; 338 S. Stricker St. within 90 days of the entry date of this order;

ORDERED, that Inbrook Homes, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City

properties: 1012 E. 20th St.; 714 E. 21st. St.; 2121 Aiken St.; 1233 Cliftview Ave.; 10 N. Wheeler Ave. within 90 days of the entry date of this Order;

ORDERED, that MD Liberty Homes, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City property: 1938 Riggs Ave. within 90 days of the entry of this Order;

ORDERED, that Nicky's Row Homes, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City property: 1639 Abbotston St. within 90 days of the entry date of this Order;

ORDERED, that Port Homes, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City properties: 2101 Greenmount Ave.; 1905 Lemmon St.; 2819 Mosher St.; 1813 N. Pulaski St.; 1010 N. Rosedale St. within 90 days of the entry of this Order; and

ORDERED, that Wiz Homes, LLC and Scott Wizig shall abate the nuisance conditions and remedy all existing code violations at the following Baltimore City property: 524 E. North Ave. within 90 days of the entry of this Order.

JUDGE PAMELA J. WHITE
The Judge's signature appears on the original document.

1/31/14

Pamela J. White, Judge, Circuit Court for Baltimore City
Part 7

TRUE COPY
TEST

FRANK M. CONAWAY, CLERK