# EXHIBIT 3



1574 Carswell St.



524 E. North Ave.



38 N. Wheeler Ave.