# EXHIBIT 4



514 Brice St.



1570 Carswell St.