# EXHIBIT 5



1639 Abbotston St.



1611 Carswell St.



2121 Aiken St.



1 Willard St.